IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT

2013 OCT 16 P 3: 54

CLERK_____

| | |
|---|---|
| RYAN CASTANEIRA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MS. DENTON, Johnson State Prison )<br>Mailroom, and OFC. CARSWELL, )<br>Johnson State Prison Mailroom, )<br>)<br>Defendants. ) | CV 313-051 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 16th day of October, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE